LINK: 12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | ED CV 13-01710 GAF (OPx) | Date | October 25, 2013 |
|---|---|---|---|
| Title | American General Life Insurance, Co v. Ervin Duffey | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER VACATING ORDER TO SHOW CAUSE

On October 9, 2013, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction due to Plaintiff's failure to properly citizenship of Defendant.  (Docket No. 12 [10/9/2013 Order].)  Plaintiff timely responded on October 24, 2013, also amending its complaint to clarify Defendant's state of citizenship.  (Docket No. 14, [Response to Order to Show Cause].)  Based on the First Amended Complaint, it appears that this Court has subject matter jurisdiction.  The Court's October 9, 2013, Order to Show Cause is accordingly **VACATED**.

   **IT IS SO ORDERED.**