JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

American General Life Ins. Co.,

        Plaintiff,

v.

Ervin Duffey,

        Defendant.

Case No. CV 13-1710-GAF

**FINAL JUDGMENT**

    The Court having considered Plaintiff's Motion for Entry of Default Judgment, and having entered an order **GRANTING** the motion, it is hereby ORDERED, ADJUDGED and DECREED as follows:

    1. that American General's life insurance policy number YMD7166568 ("the Policy") is declared null, void, and rescinded ab initio;

    2. that no recovery exists under the Policy, at law or in equity, and the Policy's death benefits will not be paid to the beneficiary of the Policy, or any other entity or individual; and

3. The rescission of the Policy is in all respects effective and binding.

IT IS SO ORDERED.

DATED: November 4, 2014

_____
Judge Gary Allen Feess
United States District Court